# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Malibu Media, LLC | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. 14-cv-00556 |
| Nathan Tobergta | ) | |
|     Defendant | ) | |

## DECLARATION OF DEFENDANT NATHAN TOBERGTA

Nathan Tobergta, being first duly warned that willful false statements and the like are punishable by fine or imprisonment or both (18 U.S.C. 1001), states as follows:

1. While at work, I was handed a copy of the Amended Complaint for the above-identified case on September 16, 2014 by an individual who did not identify himself.

2. I was not provided with a Summon when I received the Amended Complaint, nor has one been provided at any time since that date.

3. All of the foregoing statements are true.

_____       December 1, 2014 _____
Nathan Tobergta                                                         Date